## 75010. FORREST v. PEACOCK.
### (369 SE2d 811)

BANKE, Presiding Judge.

The prior decision of this court in the present case, reported at 185 Ga. App. 189 (363 SE2d 581) (1987), having been reversed by the Supreme Court in *Peacock v. Forrest*, 258 Ga. 158 (366 SE2d 290) (1988) that decision is hereby vacated; and, in accordance with the directive of the Supreme Court, the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Carley and Benham, JJ., concur.*

DECIDED APRIL 29, 1988.

*Thomas L. Washburn III*, for appellant.
*E. Wycliffe Orr*, for appellee.